NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEON GRIFFIN,                          )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D20-1211
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed September 23, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

Deon Griffin, pro se.


PER CURIAM.

          Affirmed.  See Moore v. State, 882 So. 2d 977 (Fla. 2004); Carpenter v.

State, 884 So. 2d 385 (Fla. 2d DCA 2004); Lane v. State, 981 So. 2d 596 (Fla. 1st DCA

2008); Williams v. State, 907 So. 2d 1224 (Fla. 5th DCA 2005).


KELLY, ATKINSON, and SMITH, JJ., Concur.